**Howard Hanna**
**Real Estate Services**

Auburn Office
66 South Street
Auburn, NY 13021
315.252.4848
howardhanna.com

Bill for services rendered to William J Leberman Attorney – Chapter 7 trustee in the Frank's Inn, LLC Bankruptcy. Completion of a Comparative Market Analysis on 333 State St, Auburn NY 13021. The services were completed on February 28, 2018.

CMA Fee - $200

Please make check payable to:  Lee G Holmes

Please mail check to:  Howard Hanna Real Estate Services
Att:  Lee G Holmes
66 South St
Auburn NY 13021

howardhanna.com